UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ALTEC INDUSTRIES, INC., <br><br> Defendant. | ) NO: 1:10cv00216 <br> ) Pending in the U.S. District <br> ) Court for the Western District <br> ) of North Carolina <br> ) <br> ) NO. 3:11-mc-0054 <br> ) Judge Haynes/Bryant <br> ) |

### **O R D E R**

Plaintiff Equal Employment Opportunity Commission ("EEOC") has filed its motion pursuant to Rule 45(c)(3)(A) of the Federal Rules of Civil Procedure to quash a subpoena for medical records issued on behalf of defendant Altec Industries, Inc. to Vanderbilt University Medical Center (Docket Entry No. 1).

The District Judge has referred the EEOC's motion to quash to the undersigned Magistrate Judge and has ordered any response to the subject subpoena stayed pending disposition of this motion (Docket Entry No. 3).

Defendant Altec Industries, Inc., shall file its response to the EEOC's motion to quash on or before **Monday, September 19, 2011.**

It is so **ORDERED.**

                                                    s/ John S. Bryant
                                                    JOHN S. BRYANT
                                                    United States Magistrate Judge